UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     <u>Commodity Futures Trading Commission v. Dennis Jali, et al.</u>
        Civil No. PJM 20-cv-2492

DATE:   December 7, 2023

\* \* \*

Dear Counsel:

The Court has received Defendant Johnson's Renewed Motion to Vacate Order of Default (ECF No. 40). The Court is aware that, since Johnson filed said Motion, there has been movement in the related criminal proceedings.

Please advise within 10 days as to whether, given the movement in the related criminal proceedings, further submissions or briefing are requested as to the pending Motion to Vacate, and, if so, how much time will be needed to do so.

Please also advise whether the stay on this case should be lifted.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:     Court File